# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 7, 2005

129449

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MUNICIPAL HIGH INCOME FUND, INC.,
SMITH BARNEY MANAGED MUNICIPALS
FUND, INC., MANAGED MUNICIPALS
PORTFOLIO, INC., MANAGED MUNICIPALS
PORTFOLIO II, INC., SMITH BARNEY
INCOME FUNDS—SMITH BARNEY
MUNCIPAL HIGH INCOME FUND, and
SMITH BARNEY MUNI FUNDS—NATIONAL
PORTFOLIO,
           Plaintiffs-Appellants,

v

GOLDMAN, SACHS & CO., INC., a New York
Broker-dealer, and R.W. BECK, INC., a
Washington corporation,
           Defendants-Appellees.

SC: 129449
COA: 264224
Wayne CC: 04-425735-CZ

_____/

On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 7, 2005

Clerk

p1003